1 Erik Estavillo
  3284 Cortese Circle
2 San Jose, CA 95127
  408-593-1226
3 Webbbnet@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION



FILED
FEB 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ERIK ESTAVILLO,

    Plaintiff,

vs.

EPIC GAMES (OF FORTNITE), AND BEHAVIOUR INTERACTIVE/STARBREEZE STUDIOS, CREATORS OF DEAD BY DAYLIGHT.

    Defendant,

Case No.:

CV 19 1025

DEMANDS JURY TRIAL

    This complaint will expose a list of grievances against the Defendants, and demand that improvements be made to Fornite and Dead by Daylight since the Defendants have blatantly and slowly failed to address them up to now. We are simply requiring that improvements/fixes of reasonable request be made by the Fall of 2020 for each listed game (defendant), as these games have already made hundreds of millions of dollars and are fully able to implement these improvements/fixes but these companies are either defiantly unwilling just so they can improve their bottom line or are simply "too lazy" to do so. Instead, we are seeing that these companies would rather rest on their laurels and rake in millions of dollars without implementing substantial improvements/fixes or even innovation in certain areas of said games, harming invested consumers, some of whom have already spent thousands of dollars on their game.

DEMANDS JURY TRIAL - 1

**Grievance 1**: Epic Games has made a cash cow out of the gaming juggernaut Fortnite. Having bought the founders pack originally, I was promised a great story mode but instead, its story mode got pushed to the side and neglected for further development on Fortnite's battle royale mode; which would have been fine if they have continued to improve Fornite's solo story campaign mode, known as "Save The World". This mode is nothing more than a shallow collect and loot system while you defend a Fort/base. There is literally no story.

**Improvement 1**: We are requiring that Epic Games improve Fortnite by adding a third game mode in which Save The World and its battle royale components are combined. We demand to have for the first time ever, a battle royale story game mode. For this to happen, there would have to be an Act 1 in which the story begins with cinematics and some backstory or a scene, in which then the player (regardless of being in a solo, duo, or squad group) embarks out into the battle royale mode map, at first advancing linearly, with battle royale map locations opening up slowly as the story progresses but then in quicker and quicker succession as to not slow down the game (note: this game mode will undoubtedly take longer than a regular battle royale match). Then, regardless of playing solo, duos, or with a squad, after this initial Act 1 scene finishes, normal battle royale conditions will resume in which players play against one another in a battle to survive. Then, as the player(s) comes upon the second integral part of the backstory/scene/cinematic, known as Act 2, your character and/or squad will then be enveloped within a shielded barrier as they partake in this Act 2 scene, allowing them to safely enjoy the story as it happens in real time on the battle royale map. Other players can not harm them during this time as they are busy watching the scene/cinematic play out. After this scene ends, you can then choose, as a solo player or as a team, to vote together and decide to either directly leave the shielded barrier, losing no time and immediately jumping back into action at your current location on the map, or you can choose to re-deploy at already other opened-up locations somewhere else on the map. If you choose to re-deploy, the game will then continue as you or your team redeploy and parachute down back into action on a different part of the map. Of course, the decision to leave the shielded barrier will completely depend on the immediate danger and number of other squads/enemy players around you that may have camped near you while you were enjoying the story. As for Act 3, when players come upon it, they will then again be enveloped in a shielded barrier, becoming immune to all damage while they enjoy the backstory/cinematic/scene, but this

DEMANDS JURY TRIAL - 2

time when it ends, they do not have the option of redeploying and must figure out a strategy before they all vote to deactivate the shielded barrier they are within and deal with any immediate dangers around them. By employing these new game mechanics, Epic Games will be making up for the lack of story that original consumers like me had paid for in the first place. This new battle royale mechanic will allow for a more story-driven atmosphere that was never provided for us founder pack consumers of the original game.

**Summary 1**: Since Epic Games has decided to continually and completely ignore its "Save The World" story mode with very few updates or patches, it's obvious they are still focusing on its cash cow battle royale game mode, as it obviously and blatantly prefers to do, even going so far as to totally discontinue and cancel another one of their games, Paragon, which was a multiplayer online battle arena (MOBA), which literally had more of a story than Fortnite's "Save The World". Paragon was a good game for the MOBA it was. I had also purchased the founder's pack for this game as well, only for it to be cancelled, leaving many players with little or no recourse for a full refund, even though Epic Games promised to deliver refunds. Many players never got them or are still waiting for them due to a "recent influx of tickets". Despite us having purchased this game at its full price and then were even subsequently denied refunds for microtransactions that we purchased within the game itself. To continue on the subject of controversial microtransactions.

**Grievance 2**: The microtransactions in Fornite have no unified store front with all available axes/cosmetics/parachutes for you to view or purchase. Instead, they trick players into signing into their game/service every day to see if the item they do want is available. This is a sneaky profiting ploy to get players to sign into the game every day, only to find the item they want is currently not available or not in "rotation" of current purchasable items. It's obvious Epic Games is luring these players into visiting the store so they might purchase what is available and play more Fortnite while they are signed in, no matter how inconvenient this may be to the gamer. You can easily continually to check for weeks on end for one item you've wanted to buy from the Fortnite store and never get to.

**Improvement 2**: We are requiring Epic Games sell all their axes/cosmetics/parachutes on a single, fully functional, unified store front with all available items purchasable. Fornite has made more than $1 Billion in Microtransactions alone; I believe they have the power and allocated funds to make a

DEMANDS JURY TRIAL - 3

unified store front with all items available for purchase, but instead they would rather have gamers sign in everyday to check the store and waste consumers' time, instead of letting us purchase items we've wanted for weeks on end.

**Grievance 3**: There is no fair/competitive/balanced gameplay for players joining a Fortnite match like there is in Overwatch. With Fortnite, you can only play competitive games during certain timed event modes, but in its most popular/regular gaming modes, solo, duos, or squads, you are simply queued into a game of players with much better skills than you or much worse skills than you, with no uniform ranking system. Instead, you may find that just to survive in a game with players much better than yourself, you must drop down in a far-off part of the map and literally hide under a rock, so you don't get killed by much more advanced players than you. This wastes players' time unnecessarily as most players just wish to be matched up with other players of a similar skill rating and not get killed when Fortnite's matchmaking system blindly puts you up against much better players who have more advanced building skills and/or aiming skills. This happens way too often in matches with new players or long-time players with average skills always being killed more than is reasonably necessary by better players. This even happens when you may have tons of building resources and the best weapons in the game known as gold legendaries, just to have it all end up being completely useless since you're just not at the level of some of these other more advanced players who will then kill you without any resources and a 1-shot blast from the most common shotgun in the game.

**Improvement 3**: In almost every other game featuring competitive play, such as Overwatch, you get the option of choosing to play in a competitive mode so you can play against other players of similar skill and then participating in 10 placement matches to get placed in a certain ranking tier, bronze-silver-gold-plat-diamond-master etc., so the player can have more enjoyment playing in a more fairly balanced game. The player then ranks up or down according to win/losses and/or how they play during these competitive matches, in essence allowing players of similar skill to have much more enjoyable matches. We're simply requesting Fortnite implement this same type of competitive gaming mode mechanic for players who have already spent thousands of dollars on their game and are investing excessive amounts of time playing their game. They first and foremost deserve this common-sense gaming mechanic.

DEMANDS JURY TRIAL - 4

As for Behaviour Interactive and their video game Dead by Daylight, I was eventually permanently banned without receiving evidence (video or otherwise) or proper explanations as to why I was banned. Other popular gamers of Dead by Daylight who stream their game via YouTube or Twitch, such as OchiDO and No0b3, have also been banned, sometimes permanently, without prior warnings or justifications, taking away a substantial source of income from these streamers, with Behaviour Interactive giving no valid reasons for doing so in the first place. It seems more likely than not that they are simply doing this to make examples out of them and any other players such as myself who like to play their game a certain, albeit valid, way. They are doing this as a scare tactic to show other gamers whom play their game that they are not afraid of taking away your money and your rightfully purchased game. In my case at least, Behaviour Interactive and their Associate Community Moderating (ACM) team never gave me evidence (video or otherwise) of what I did wrong to be permanently banned. After the banning had occurred and after logging into their game, I was told via a one-sentenced line of wording that I have been banned for "so and so" reason. Never providing any proof (video or otherwise) or offering a refund for my permanent ban, despite rendering my game completely useless and unplayable because Dead by Daylight is an "Online Only" video game. There is no offline play, and they offer no refunds for these "perma bans", which are very harmful for obvious reasons. I even warned them that I did not want to file a lawsuit and would like my banned account back and that I have spent well over $500 on their harmful and addictive microtransactions. Here is the actual wording I used in my support tickets to their ACM team and customer support on December 04, 2018:

"I was banned recently and have not received any explanation as to why; however, Ian from customer support said he would follow up with the ACM team and get back to me asap, which, never happened. This is poor customer service. I have been a faithful customer and have given a lot of money to Behavior Interactive via the PC/Steam Dead by Daylight store and on the PlayStation 4 store, in total measuring close to a thousand dollars. I do not appreciate being ignored and would hate to file a lawsuit in federal court as I have previously stated I would in this particular instance. Now, If I am banned again for any reason whatsoever, I will file the lawsuit immediately without further warning to customer support, Behavior Interactive, or Starbreeze Studios. Please read my previous ticket below and do answer me this time.

Here is my previous ticket (not verbatim):

DEMANDS JURY TRIAL - 5

Here is the information you may need to verify this is my true identity. My Steam account "thundermaniac19" - and the methods of payment I use on PC/Steam Dead by Daylight Store as well as on the PS4, which are:

PayPal = ########@live.com

Credit card = Last four digits #### under the name Estavillo

As for my ban, it says I was "harassing" someone. However, I was given no video evidence of this or even shown a transcript of the so-called "offenses". Or perhaps you thought I was stream sniping. However, if you check how I play the game, you'll see that I don't back out of lobbies; looking for a twitch streamer I can snipe. I only get them when they appear in my lobby naturally and organically. I play game after game continuously, without pause, no matter who is in the lobby - twitch streamer or not. Btw, some of them shamelessly advertise their twitch channel in their steam names', which I'm sure you're already fully aware of. However, I always queue up and never back out, but if you need further proof please check my lobby disconnect records. Therefore, if I'm continuously playing game after game, non-stop, how in the world could I stream snipe when my lobby is constantly connecting to a new game, without pause or backouts.

Nonetheless, if I am banned again for any reason, I will be filing a lawsuit in federal court against Behaviour Interactive and parent company Starbreeze Studios. I will explain in court documents how the ACM moderating team for Dead by Daylight may be discriminating against minorities, particularly those with Mexican/Spanish ancestry. And as you could already tell by my last name, I am full blooded Mexican and proud of it. But the fact that the other gamer you permanently banned, OchiDO, is also of Spanish ancestry, is highly suspicious. Not to mention there is no Hispanic/Latino survivor or killer in your game despite the gaming being out for 3 years now. And, no, Ace Visconti is not Hispanic/Latino because he is Italian. Yet, there was no need to intentionally go out of your way to make him Italian. Why not just make him be a full-blooded Hispanic/Latino born in any Spanish country whatsoever? Why go out of your way to avoid having a Mexican survivor? I hate to think all of this, but your banning methods are erratic at best and show no true uniformed pattern whatsoever. They're quite discriminatory I've already requested a full listing of the ban reports that have been filed against me and my account via Steam (thundermaniac19) and the reports filed via your end-game lobbies against my Dead By Daylight usernames "freddysaltyface" and "TheCampingTunneler", but you have unlawfully denied me this request, therefore, I will subpoena this information from your company and customer support directly via my lawsuit, if I ever have to reluctantly file one in the event of being permanently banned.

Don't forget, since you're so well versed in US/Canadian Law, that I do have my own evidence of your undeniable bias, allowing certain female only twitch streamers to talk and act however they want in your game - saying cuss words every other minute such as KittyChipz. You really don't discipline them, do you? But instead, I get banned, despite having evidence of one of your mods Giddawid watching UandMeems' twitch stream of Dead by Daylight in which she disconnects numerous times, but your mod Giddawid says that's ok. That's ok? Seems biased to me.

DEMANDS JURY TRIAL - 6

I am officially warning you now that by banning my account, you are taking hard earned money away from me, for which I can legally sue to get back. It's called Compensation. I have the right to sue any Canadian/Swedish company that conducts business in the United States of America, especially if said company steals my money (even digitally) and I also legally reserve the right to subpoena employees who should have to answer for a permanent ban that deprives me of money. As for your insult on my intelligence, on the contrary, I do guide myself on common sense. However, it is very uncommon to ban someone permanently if they are not cheating or holding a game hostage. Apparently, you prosper by banning some, but not all players, just so they have to re-purchase the game on a different account, essentially giving you more revenue. If I do happen to subpoena employees at Behaviour Interactive, they will have to answer for this unacceptable behavior. It also seems you're biased for and towards female Twitch streamers who give you publicity because they never end up banned at all, only men do. Also, they sometimes cuss like sailors during these Twitch streams, yet you do nothing about it. Is it because all female Twitch streamers play in "Survive with Friends" (swf) groups and that's your bread and butter? Don't worry, I'll subpoena company records of the ban ratio of male to female gamers that have been banned by your moderators."

End of ticket.

As for the improvements to be made to this particular game.

**Improvement 1**: 60 fps on the Ps4 Pro and Xbox One X by the Fall of 2019.

**Grievance 1**: Behaviour Interactive already promised this in an article via Heavy.com in which Behaviour Interactive themselves tweeted out this via their official twitter @DeadByBHVR:

"Hi! I am happy to inform you that we are actively working on the framerate issues and we are aiming for a optimization patch in December! We will include small changes in every update until December to prepare the larger optimization patch."

It never happened. The game still runs at 25-30 frames per second on these powerful gaming hardware consoles that are more than capable of providing a smooth gameplay experience. Even the more graphically demanding EA game Apex Legends can run at 60 fps on the Ps4 Pro; and this console system is even weaker than the Xbox One X gaming console. Behaviour Interactive has no excuse for not improving this most basic, yet necessary, part of their game. Without 60 frames per second, the game can't function correctly for Killers who are trying to chase, hit, and kill Survivors.

DEMANDS JURY TRIAL - 7

**Improvement 2**: We demand Behaviour Interactive continue to innovate and create more gaming modes since they haven't created a new game mode in 3 years now. This can be simply rectified by the gaming community's loud and outspoken desires for a 2v8 mode and a 25v100 battle royale mode with multiple hatches opening when there are 10 survivors or less left in the match. We're also demanding other game modes where survivors can race against one another in an obstacle course within a time limit, and where Killers can fight against other Killers. It's becoming an unhealthy and toxic environment within this gaming's community, its various social hubs, and in the end-game chat lobbies of the matches themselves when only Killers can play against Survivors. Allowing for Killers to play against other Killers would give them a break from playing toxic Survivors. And allowing survivors to play against other survivors would allow them a break from playing against a toxic Killer. We wish for these game modes to be available by the Fall of 2020.

**Improvement 3**: Make offerings, items, and add-ons resellable in exchange for reduced bloodpoints.

**Grievance 3**: As per stated on Dead by Daylight's gamepedia webpage:

"Bloodpoints *(BP)* are one of 4 in-game currencies featured in Dead by Daylight. Bloodpoints are player's character progression currency. They are used to upgrade the characters by purchasing unlockables from something called a BloodWeb. Certain unlockables such as offerings, perks, and add-ons may modify the amount of Bloodpoints one gains per match. Bloodpoints are currently capped at 1,000,000. Bloodpoints are added to a player's profile and can be used to progress any character's Bloodweb."

However, the problem with Dead by Daylight's bloodpoints system is that you will end up with lots and lots of low-tier common items or event items that are no longer useable; meaning you wasted your time and bloodpoints buying these in the first place with no remedy in place available. Furthermore, there is no way to avoid buying such useless items/add-ons/perks

DEMANDS JURY TRIAL - 8

because you have to purchase these common single items, whether you want to or not, in order to advance to the next bloodweb and acquire better items. The simple solution is to make items/add-ons/perks/event items you don't want, resellable for a small amount of bloodpoints, so that players don't needlessly waste their time and hard earned bloodpoints within the game. Behaviour Interactive could simply, as stated before, make them resellable for a smaller amount of bloodpoints than it initially cost to buy that item in the first place, while also making "uncommon, rare, very rare, and ultra-rare" items/add-ons/perks cost more to balance out the bloodweb end game and help prevent players from advancing through these bloodwebs too quickly.

**Improvement 4**: Requirement for there to be voice/text chat for random survivors playing together, with the option to opt-out of chat altogether if they so wish. It therefore ends up to each individual player and their communication preferences if they wish to join voice chat/text chat or not at all. But better communication for Survivors, as can obviously be seen in Survive with Friend groups, will lead to better balanced gameplay, while at the same time allowing for more fair/fun matches across the board. We're also demanding a profanity filter in the end-game chat lobby, with automatic warnings to players who use pre-banned filtered words instead of outright banning these customers for their language, since a consumer may have already spent a lot of money on their purchased game. This mechanic would decrease the need for bans across the game. However, the developers seem determined on not implementing this simple and necessary mechanic, despite it being used and practiced across every other online video game and across a wide range of chat lobbies in general. Games that already use this Auto-Moderating mechanic include but are not limited to, League of Legends, Overwatch, Call of Duty, and Battlefield V. However, it seems that instead by banning players, Behaviour Interactive is forcing these banned players to buy another Dead by Daylight game/account, and another, and another, and so on. In essence kicking them back more money.

DEMANDS JURY TRIAL - 9

**Improvement 5**: Adding a 6th generator to the map would help prolong the game for Killers and is a needed and necessary game mechanic right now as games can run by way too quickly for a Killer to enjoy a game and/or get any kills, especially at higher ranks. Killers therefore then have to use unpopular perks such as Ruin, Thanatophobia, and NOED; which either slow down generator progression or allow Killers to get at least one kill in the game. A 6th generator is necessary and should be implemented by Fall of 2019.

Another gaming mechanic we're demanding is having the game speed up or down, depending on how many survivors are left in the game. This would allow for a more balanced and enjoyable match. So, if there are four survivors remaining in the game, it takes more time to complete actions, while considerably scaling down time restraints and essentially making everything faster when 3 survivors or less are left. And things would even get faster with only 2 survivors or less left, etc. This would allow for more balanced games with at least 2 kills and 2 escapes, which are already too exceedingly rare.

**Improvement 6**: We're also recommending that any camping killers within the game be penalized in-game with on-screen HUD cues letting the Killer know entity progression has been substantially slowed down and reduced to a crawl if the Killer is staying to close to a hooked survivor. But as the Killer gets further away from the hooked survivor in terms of meters, the speed of entity progression will increase or decrease based on how many meters away the Killer is from the hooked survivor. A greater distance means entity progression will return to normal as where closer distances to the hooked survivor means a slower progression. However, if one or more survivors purposefully loop a Killer close to the hooked survivor for more than a minute, entity progression will return to normal and not revert back to any distance parameters.

And if a Killer happens to tunnel a Survivor at any point in the match, these following penalties will apply, but at a lesser rate than they do when tunneling a freshly unhooked Survivor, and these penalties only stand as long as the perk Borrowed Time has not been activated (if Borrowed Time is used there will be no tunneling penalties). A screen HUD cue will let the Killer know that this freshly

DEMANDS JURY TRIAL - 10

unhooked Survivor's particular tunneling and its subsequent hook, along with its chase, will result in zero bloodpoints, an SR depip, and slower than usual entity progression, as to do away with tunneling altogether.

**Improvement 7**: As was stated earlier with the Fortnite grievances in terms of how it fails in comparison to ranked/competitive play as compared to other games such as Overwatch, we are demanding to do away with this game's current ranking system as well and instead use 10 placement matches with SR pips to be gained or lost every match thereafter, and we want these SR pips to be better indicated during matches; so that players know exactly what actions are causing them to rank up and which actions are causing them to derank.

**Improvement 8**: Demand that Freddy be buffed and the Legion be nerfed by Fall of 2019.

**Grievance 8**: Behaviour Interactive already promised a buffing to Freddy Krueger (The Nightmare), but never delivered, even though promised to do this as far back as the Summer of 2018. Evidence via Heavy.com.

**Improvement 9**: Lastly, we are requesting that Pinhead from the Hellraiser films be added by Halloween of 2020.

**Grievance 9**: After subpoenaing financial records from Behaviour Interactive and Parent Starbreeze Studios, we will be able to see how much money they make monthly and annually. This allows us to better know how much money they have allocated for improving their game, yet always decide not to. We also can then see if they have the money to license Pinhead of the Hellraiser films as a new Killer to be played.

As mentioned via their Wikipedia Webpage:

DEMANDS JURY TRIAL - 11

"Among a handful of original characters, the game also includes unlockable and downloadable (DLC) Characters. Characters from the *Halloween*, *The Texas Chainsaw Massacre*, *A Nightmare on Elm Street*, and *Saw* horror franchises are featured."

Therefore, we already know they are more than capable of giving their players and consumers more licensable content. But it seems Behaviour Interactive and Parent Starbreeze Studios prefer to stick to their own original content so they can reap all the monetary benefits, instead of heeding advice or pleas from their consumer/player base and satisfying gamers' needs.

## PRAYER FOR RELIEF

My prayer for relief is simply this; that Epic Games and Behaviour Interactive/Starbreeze Studios implement each of my listed improvements to their games by the deadline of the Fall of 2020 (unless otherwise noted as sooner).

Otherwise, I demand full refunds for every gamer who bought the original Founder's Edition of Fortnite and refunds for gamers who have purchased microtransactions but have not played Fortnite for more than 10 hours. And punitive damages to be granted in the amount of $100 million against Epic Games, in which half the money is to be donated to charity.

As for Behaviour Interactive/Starbreeze Studios; I am demanding full refunds for all banned Dead by Daylight gamers and the full re-instatement of their banned accounts, if they so wish to continue playing the game. Especially if they were banned for a biased reason that didn't follow any uniformed method or logical approach to their banning. Also $25 million in punitive damages against Behaviour Interactive/Starbreeze Studios.

Dated this 25th of February 2019.

DEMANDS JURY TRIAL - 12

_____
Attorney Name

DEMANDS JURY TRIAL - 13