Clear Form

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Erik Estavillo

Plaintiff,

vs.

EPIC GAMES,
BEHAVIOUR INTERACTIVE
Defendant.

CASE NO. CV 19 1025 SVK

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

[FILED FEB 25 2019 SUSAN Y SOONG CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE]

I, Erik Estavillo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  __Kinkos - 1999_____  $1400 Monthly__
3  _____
4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.  Business, Profession or            Yes ___ No _X_
8           self employment?

9      b.  Income from stocks, bonds,         Yes ___ No _X_
10          or royalties?

11     c.  Rent payments?                      Yes ___ No _X_

12     d.  Pensions, annuities, or              Yes ___ No _X_
13          life insurance payments?

14     e.  Federal or State welfare payments,    Yes _X_ No ___
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 __Disability Benefits - SSA/SSI_____
20 _____

21 3.  Are you married?                        Yes ___ No _X_
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.  a.  List amount you contribute to your spouse's support:$ _____
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.   Do you own or are you buying a home?        Yes ___ No _X_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?                   Yes _X_ No ___

7   Make __ACURA__  Year __2011__  Model __CIVIC__

8   Is it financed? Yes ___ No _X_  If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.   Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: __Bank of America__

12  __McKee Road & Toyon Ave. in San Jose, CA 95127__

13  Present balance(s): $ __400__

14  Do you own any cash? Yes ___ No _X_ Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)                                  Yes ___ No _X_

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ __$500__                  Utilities: __$300__

20  Food: $ __$150__                  Clothing: __$50__

21  Charge Accounts:

22  Name of Account          Monthly Payment          Total Owed on This Account

23  __SEARS__            $ __40.00__              $ __1500__

24  __WALMART__          $ __70.00__              $ __3500__

25  __CAPITAL ONE__      $ __90.00__              $ __1000__

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____

- 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No  X
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11   2/25/2019                                        Erich Etavelle
12       DATE                                      SIGNATURE OF APPLICANT

- 4 -