```
1   Name: Erik Estavillo
2   Address: 3284 Cortese Circle
    San Jose, CA. 95127
3
    Phone Number: (408) 593-1226
4   E-mail Address: Allisonscause@live.com
5   Pro Se
```



**FILED**
MAR 26 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Erik Estavillo

     Plaintiff,

vs.

Behaviour Interactive,
Valve Corporation,

     Defendant.

Case Number: 19-cv-01025-SVK

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge Susan van Keulen

  As the (Plaintiff/Defendant) Erik Estavillo in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   - ✔ A computer with internet access;
   - ✔ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ✔ A scanner to convert documents that are only in paper format into electronic files;
   - ✔ A printer or copier to create trequired paper copies such as chambers copies;
   - ✔ A word-processing program to create documents; and
   - ✔ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 3/26/2019    Signature: Erik Estavillo