RECEIVED
MAR 26 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Erik Estavillo
Address: 3284 Cortese Circle
San Jose, CA. 95127
Phone Number: (408) 593-1226
E-mail Address: Allisonscause@live.com

Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Erik Estavillo

    Plaintiff,

vs.

Behaviour Interactive,
Valve Corporation

    Defendant.

Case Number: 19-cv-01025-SVK

**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____    _____

United States District/Magistrate Judge