

FILED
MAR 26 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Erik Estavillo

               Plaintiff,

vs.

Behaviour Interactive,
Valve Corporation

               Defendant.

CASE NO. 19-cv-01025-SVK

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Erik Estavillo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                Yes \_\_\_ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received.
2 | Kinkos - 1999
3 | $1400 monthly
4 |

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a. Business, Profession or                  Yes ___ No ✔
8 |        self employment?
9 |     b. Income from stocks, bonds,               Yes ___ No ✔
10 |        or royalties?
11 |     c. Rent payments?                              Yes ___ No ✔
12 |     d. Pensions, annuities, or                    Yes ___ No ✔
13 |        life insurance payments?
14 |     e. Federal or State welfare payments,        Yes ✔ No ___
15 |        Social Security or other govern-
16 |        ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | SSA = $793 monthly
20 | SSI = $208.72 monthly         IHSS = $787.37 monthly

21 | 3. Are you married?                                 Yes ___ No ✔
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.     a. List amount you contribute to your spouse's support:$ _____
27 |     b. List the persons other than your spouse who are dependent upon you for support
28 |        and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?   Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ✔ No ___

Make Honda   Year 2010   Model Civic

Is it financed? Yes ___ No ✔   If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Bank of America

3491 McKee Rd, San Jose, CA 95127

Present balance(s): $ $550.00

Do you own any cash? Yes ___ No ✔   Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✔

_____

8. What are your monthly expenses?

Rent: $ 500   Utilities: 300

Food: $ 150   Clothing: 50

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
| --- | --- | --- |
| Sears | $ 38 | $ 1322 |
| Newegg | $ 140 | $ 3988 |
| Amazon | $ 66 | $ 2110 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Yes. Walmart $ 3477 - Dell $ 2931 - Capital One $ 1115

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/26/2019                               *Erik Estulk* (signature)

DATE                                        SIGNATURE OF APPLICANT