UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>   Plaintiffs,<br><br>  v.<br><br>BEHAVIOUR INTERACTIVE, et al.,<br><br>   Defendants. | Case No.: 19-cv-01025-SVK<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)   On 3/29/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127

Dated: 3/29/2019

             Susan Y. Soong
             Clerk, United States District Court

             By: _____
             Denisa Matamoros, Deputy Clerk to the
             Susan van Keulen