UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BEHAVIOUR INTERACTIVE, et al.,<br><br>　　　　　Defendants. | Case No.: 19-cv-01025-CRJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)　　I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)　　On 5/31/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

　　Erik  Estavillo
　　3284 Cortese Circle
　　San Jose, CA 9512

Dated: 5/31/2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Betty Walton,